IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TYROME HARRIS, SR.                                                                                        PLAINTIFF
ADC # 121901

v.                                                     4:15CV00092-JJV

TALLY, Sergeant, Pulaski
County Detention Facility; *et al.*                                                                    DEFENDANTS

## ORDER

Pending before me is Defendants' Motion for Summary Judgment (Doc. No. 42).  To date, Plaintiff has not responded and the deadline for doing so has passed.  Given his *pro se* status and the fact that he will not have an opportunity to object to my conclusions,[1] I will afford him a brief and final extension of time to respond.  He shall have fourteen (14) days from the date of this Order to respond to Defendants' Motion.  If he fails to do so, I will rule on the Motion as it stands.

SO ORDERED this 30th day of December, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to magistrate jurisdiction (Doc. No. 16).